# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I, Susan J. Bardet, am employed in the County of San Mateo, State of California; I am over the age of 18 years and not a party to the within action; my business address is 204 East Second Ave., PMB #413, San Mateo, CA 94401.

I served the foregoing **PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND PROPOSED ORDER, L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K.; L.K. AND W.K.** on the interested parties in this action on June 5, 2008 by mailing a true copy thereof, as follows:

Tracy Tibbals, Attorney for Burlingame School District
Miller, Brown, & Dannis
71 Stevenson Street, Nineteenth Floor
San Francisco, CA 94105

Ronald Deidrich, Director and Chief Administrative Law Judge
Office of Administrative Hearings
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833


 [x]     (BY MAIL IN THE ORDINARY COURSE OF BUSINESS)

I am readily familiar with the business of practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above-referenced correspondence was placed for deposit at San Mateo, California and placed for collection and mailing following ordinary business practices.

 []     (BY FEDERAL EXPRESS/EXPRESS MAIL OVERNIGHT DEPOSIT)

On this date, the above-referenced correspondence was placed for deposit in a Federal Express [] Express Mail [] Overnight pick-up box.

 []     (BY TELEPHONIC FACSIMILE)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of June, 2008 at San Mateo, California.

_____/s/_____
SUSAN J. BARDET