SUSAN J. BARDET SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA  94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BURLINGAME SCHOOL DISTRICT, | ) ) |
| Defendant. | ) ) ) ) |
| ———————————————— | ) |

CASE NO. CV 08-02743 JSW

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Civ. L.R. 3-16

     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:  June 9, 2008

                             _____
                             Susan J. Bardet
                             Attorney for Plaintiffs