SUSAN J. BARDET, SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA  94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., L.K. and W.K.<br><br>          Plaintiffs,<br><br>          vs.<br><br>BURLINGAME SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>          Defendants.<br>_____ | CASE NO. C 08-02743 JSW<br><br>DECLARATION OF L.K. IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE INJUNCTIVE RELIEF<br><br>FRCP 65<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom 2, 17th Floor |

I, L.K., know the following facts of my own personal knowledge and if called and sworn as a witness, I could and would testify competently thereto:

/ / /

/ / /

Declaration of L.K. In Support Of Application for TRO/OSC Re Injunctive Relief
Case No. C 08-02743 JSW

1

1. I am the mother of L.K., on whose behalf the administrative due process hearing before the Office of Administrative Hearings ("OAH") entitled <u>L. K. v. Burlingame School District and San Mateo County Office of Education</u>; OAH Case No. 2008030820, was filed.

2. L.K. is presently 7 years old.

3. L.K. is eligible for special education services pursuant to the Individuals With Disabilities Education Act due to significant speech and language deficits.

4. L.K. attends school within the Burlingame School District ("District").

5. Over the course of the last several school years, I have been dissatisfied with my son's educational program. Although I tried to resolve the concerns I had with the District on an informal basis, I was unable to reach a satisfactory resolution.

6. On March 21, 2008, through my attorney Susan J. Bardet, I filed the above-described request for a due process hearing with OAH.

7. I saw the May 2, 2008 settlement offer that the District's attorney, Tracy Tibbals, sent Ms. Bardet.

8. On May 6, I wrote a letter to the District's Board of Trustees and the Superintendent and informed them of the due process hearing and my concerns that they were not taking my claims seriously. In that letter, I described the offer that Mr. Tibbals had made in the May 2 letter. I sent the letter to the Board members and superintendent by e-mail and I also hand-delivered copies of it to them at the school district offices.

9. Part of the District's offer was to provide my son with an extra 10 hours a week of speech and language services, in addition to the services he already receives through his Individualized Education Program.   I accepted the offer because my son needs at least that much speech and language.  In fact, I have been privately providing at least that much speech and language (which includes pragmatics) for him since March 2007.  I have been told by his private therapists that he needs at least that much.  It is not too much for him to tolerate.

10.  Although the District's settlement offer did not cover all of the claims and concerns I had about my son's educational needs, I accepted the offer.  I did this because I wanted to try to keep a good relationship with the people who educate my son and work with him directly.  Filing for hearing caused a lot of hard feelings on everyone's part.  While it was necessary to do that in order to get at least some of the educational services my son needs, I was willing to compromise my claims in order to try to preserve good relationships with the educators who work with my son.

11.  I estimate that the claims I have against the District for the 2005-2006 and 2006-07 school years can be valued in an amount in excess of $25,000.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of June, 2008 at Burlingame, California.

                                        ___/S/_____
                                        L.K.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                    _____/S/_____
                                    Susan J. Bardet

Declaration of L.K. In Support Of Application for TRO/OSC Re Injunctive Relief
Case No. C 08-02743 JSW