IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., a minor by and through his Guardian ad Litem, L.K.; L.K., and W.K.<br><br>    Plaintiffs,<br><br>v.<br><br>BURLINGAME SCHOOL DISTRICT, and OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>    Defendant.<br>_____/ | No. C 08-2743 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

    This action arises out of the Individuals With Disabilities Education Act. On June 16, 2008, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order. Plaintiffs allege that they requested a due process hearing, but that after those proceedings commenced, they accepted a statutory offer of settlement from Defendant Burlingame School District ("the District"), which resolved the underlying dispute. Plaintiffs allege that the District revoked the Settlement Agreement, and that when they requested that the Office of Administrative Hearings ("OAH") enforce the agreement or stay the due process proceedings, their requests were denied. Plaintiffs thereafter initiated this action to seek enforcement of the settlement and to appeal the OAH decision. Plaintiffs move for a temporary restraining order to enjoin the due process hearing that is set to commence on June 24, 2008, pending resolution of this matter.

    It is HEREBY ORDERED that Defendants shall file a response to Plaintiff's application by no later than 3:00 p.m. on Wednesday June 18, 2008. Plaintiffs shall file a reply brief by no

1  later than 12:00 p.m. on Thursday, June 19, 2008. The Court shall hold a hearing on Friday

2  June 20, 2008 at 9:00 a.m. Plaintiff shall serve *Ex Parte* Application for a Temporary

3  Restraining Order documents and this order on Defendant by 10:00 a.m. June 17, 2008.

4  **IT IS SO ORDERED.**

6  Dated: June 17, 2008

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE