<u>**PROOF OF SERVICE**</u>
L.K., et. al., v. Burlingame, et. al.,
Case No. C08-02743 JSW

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I, Jane F. Reid, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5551 Lawton Avenue, Oakland, California 94618.

On June 17, 2008, I served the EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE INJUNCTIVE RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; PROPOSED ORDER; ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR TEMPORARY RETRAINING ORDER on the interested parties in this action by electronic mail as follows:

| | |
|---|---|
| Ms. Damara Moore | Mr. Daniel Powell |
| Mr. Tracy Tibbals | Deputy Attorney General |
| Miller, Brown and Dannis | California Department of Justice |
| dmoore@mbdlaw.com | Daniel.Powell@doj.ca.gov |
| ttibblas@mbdlaw.com | |

[]      (BY MAIL IN THE ORDINARY COURSE OF BUSINESS)

I am readily familiar with the business of practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date, the above-referenced correspondence was placed for deposit at Occidental, California and placed for collection and mailing following ordinary business practices.

[]      (BY FEDERAL EXPRESS/EXPRESS MAIL OVERNIGHT DEPOSIT)

On this date, the above-referenced correspondence was placed for deposit in a Federal Express [] Express Mail [] Overnight pick-up box.

[x]      (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed as a member of the Bar of this Court.

Executed this 17th day of June 2008 at Oakland, California.

_____/S/_____
JANE F. REID