SUSAN J. BARDET SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA  94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., L.K. and W.K., <br><br> Plaintiffs, <br><br> vs. <br><br> BURLINGAME SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS, <br><br> Defendants. | CASE NO. C 08-02743 JSW <br><br> [PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT FROM DOCKET <br><br> General Order 53 |

\\\
\\\
\\\

---

ORDER RE REMOVAL OF INCORRECTLY FILED DOCUMENT
Case No. C 08-07243 JSW

1 | Plaintiffs' administrative Motion to Remove Incorrectly Filed Document (Exhibit K), in
2 | docket 15, is hereby GRANTED.

Dated: June 18, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Presented by:

_____/S/_____
Jane F. Reid
Attorney for plaintiffs

_____
ORDER RE REMOVAL OF INCORRECTLY FILED DOCUMENT
Case No. C 08-07243 JSW