SUSAN J. BARDET SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA  94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., L.K., and W.K., <br><br> Plaintiffs, <br><br> vs. <br><br> BURLINGAME SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS, <br><br> Defendants. <br>_____ | CASE NO. C 08-02743 JSW <br><br> PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT <br><br> General Order 53 |

By this Motion, plaintiffs seek the Court's Order removing a document from the docket that was incorrectly filed.

_____
Motion to Remove Incorrectly Filed Document
Case No. C 08-02743 JSW
Page 1

1  On June 17, 2008, plaintiffs inadvertently filed a version of Exhibit K that contained
2 information identifying the plaintiff minor child L.K.  This document was filed as docket number 15.
3  Plaintiffs immediately contacted the Help Desk and a lock has been placed on that document.
4 In addition, plaintiffs have since filed a redacted version of Exhibit K.
5  Plaintiffs respectfully request that the Court grant this motion and issue an Order allowing
6 the incorrectly filed Exhibit K (docket no. 15) to be removed from the docket.

8 Dated: June 17, 2008                              Respectfully submitted,

10                                                  _____/S/_____
                                                    Jane F. Reid
11                                                  Attorney for Plaintiffs