SUSAN J. BARDET SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA 94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., L.K. and W.K.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BURLINGAME SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>  Defendants.<br>_____ | CASE NO. C 08-02743 JSW<br><br>[PROPOSED] ORDER REMOVING INCORRECTLY FILED DOCUMENT FROM DOCKET<br><br>General Order 53 |

\\\

\\\

\\\

_____
ORDER RE REMOVAL OF INCORRECTLY FILED DOCUMENT
Case No. C 08-07243 JSW

1  Plaintiffs' administrative Motion to Remove Incorrectly Filed Document (Exhibit K), in
2  docket 15, is hereby GRANTED.

3
4  Dated: June __, 2008                                  _____
                                                          JEFFREY S. WHITE
5                                                         UNITED STATES DISTRICT JUDGE

6
7  Presented by:

8
9  _____/S/_____
   Jane F. Reid
10 Attorney for plaintiffs

11
12
...
28 _____
   ORDER RE REMOVAL OF INCORRECTLY FILED DOCUMENT
   Case No. C 08-07243 JSW