AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
BURLINGAME SCHOOL DISTRICT
Specially Appearing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., a minor by and though his Guardian ad Litem, L.K.; L.K. and W.K.,<br><br>Plaintiffs,<br><br>v.<br><br>BURLINGAME SCHOOL DISTRICT; and OFFICE OF ADMINISTRATIVE HEARINGS,<br><br>Defendants. | Case No. C 08-2743 JSW<br><br>**DECLARATION OF DAMARA MOORE IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date : June 20, 2008<br>Time : 9:00 a.m.<br>Judge : Jeffrey S. White<br><br>**Trial:**      NONE SET<br><br>**Complaint Filed:**   June 2, 2008 |

DECL. of D. MOORE IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; CASE NO. C08-2743 JSW

SF 317329v1

I, Damara Moore, declare:

1. I am an attorney at the law firm of Miller Brown & Dannis. I have personal knowledge of the facts contained in this Declaration, except for those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would competently testify to all of the facts stated herein.

2. I represent Defendant Burlingame School District ("District") in this matter.

3. We received a copy of the Complaint in this matter on or around June 5, 2008. On June 13, 2008, I notified opposing counsel, Susan Bardet, that our client agreed to waive service of summons. Our response to the Complaint is not due until August 4, 2008.

4. As of today, the District has made no appearance whatsoever in this action. I have verified that no one in our office was signed up to receive any electronic filings associated with this matter through the Northern California District Court's PACER notification system yesterday when the plaintiffs' moving papers were "served" on the District.

5. Our firm has not consented to receive service electronically outside the e-filing system. Jane Reid, counsel for plaintiffs, was made aware that we had not been served her moving papers for this motion on June 17, 2008 at approximately 11:30 a.m.. Attached to this declaration as Exhibit A is a true and correct copy of my correspondences with Ms. Reid regarding this matter.

6. To date, this defect has not been corrected.

7. The District's case before OAH will be harmed by a delay. Two witnesses to the OAH hearing were District employees but will no longer be as of the end of the 2007-2008 school year. They may need to relocate to work for another school district, and it is unknown whether they will be available to testify in the 2008-2009 school year. I am informed and believe that these witnesses will be available this summer though.

8. It is not true that the parties to this action entered into a settlement agreement. I am informed and believe that the parties engaged in negotiations. However, the terms of a settlement agreement were never finalized, and the agreement was never sent to the District's Board, let alone approved or ratified by the Board.

1

DECL. of D. MOORE IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; CASE NO. C08-2743 JSW

SF 317329v1

1  I declare under penalty of perjury, under the laws of the United States, that the foregoing
2  is true and correct. Executed on June 18, 2008 at San Francisco, California

/s/ Damara Moore
Damara Moore

---

**From:** Damara Moore
**Sent:** Tuesday, June 17, 2008 12:30 PM
**To:** 'Jane Reid'
**Cc:** Susan Bardet; Amy Levine; Pamela Gonsalves; Chris Davis
**Subject:** RE: L.K. v. Burlingame Service of TRO/OSC Application

As our client has not made any appearance in this matter, we did not receive notice or service via ECF. I do not consent to service via facsimile.

Regards,
Damara Moore


Damara Moore
Attorney at Law
Miller Brown & Dannis

71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Tel: (415) 543-4111
Fax: (415) 543-4384
dmoore@mbdlaw.com
www.mbdlaw.com

This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please alert the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Jane Reid [mailto:jreid@sonic.net]
**Sent:** Tuesday, June 17, 2008 12:09 PM
**To:** Damara Moore
**Cc:** Susan Bardet
**Subject:** Re: L.K. v. Burlingame Service of TRO/OSC Application

Thank you for advising us of Amy Levine's participation in this matter. We will correct our service list accordingly.

With respect to service by email, I refer you to the Northern District of California's General Order 45, which addresses service in all ECF cases. However, if you would like a copy of the pleadings and Court Order sent by fax, we can accommodate this request.

Very truly yours,

Jane Reid


On Jun 17, 2008, at 11:29 AM, Damara Moore wrote:

Amy Levine and myself are the attorneys assigned to this case, not Mr. Tibbals. Please direct correspondences to us.

I am not aware of any order which permits service by e-mail. What order are you referring to?

Regards,
Damara Moore


Damara Moore
Attorney at Law
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Tel: (415) 543-4111
Fax: (415) 543-4384
dmoore@mbdlaw.com
www.mbdlaw.com

This email message is for the sole use of the intended recipient(s). It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please alert the sender by reply email and destroy all copies of the original message. Thank you.

**From:** Jane Reid [mailto:jreid@sonic.net]
**Sent:** Tuesday, June 17, 2008 9:51 AM
**To:** Damara Moore; Tracy Tibbals

**Cc:** Susan Bardet
**Subject:** L.K. v. Burlingame Service of TRO/OSC Application

Ms. Moore:

Pursuant to Court Order, this email constitutes service of the Application for Temporary Restraining Order and Order to Show Cause Re Injunctive Relief, filed by plaintiffs in L.K., et. al. v. Burlingame, et. al., Case No. C08-02743 and the Court's Order Setting Briefing Schedule and Hearing On Ex Parte Application For Temporary Restraining Order.

Please contact me immediately if this transmission is in any way incomplete. The attached file should consist of 18 .pdf files.

Very truly yours,

Jane F. Reid

Jane F. Reid
5551 Lawton Avenue
Oakland, CA 94618
(510) 601-6630 - office
(510) 601-6630 - fax


Attachments: