EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
DANIEL J. POWELL, State Bar No. 230304
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5830
 Fax: (415) 703-1234
 Email: Daniel.Powell@doj.ca.gov

Attorneys for Defendant Office of Administrative Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K.; L.K. and W.K., <br><br> Plaintiffs, <br><br> v. <br><br> BURLINGAME SCHOOL DISTRICT AND OFFICE OF ADMINISTRATIVE HEARINGS, <br><br> Defendants. | 3:08-cv-02743 JSW <br><br> **SUPPLEMENTAL AUTHORITIES IN SUPPORT OF DEFENDANT OFFICE OF ADMINISTRATIVE HEARINGS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing: June 20, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 2 <br> Judge: Hon. Jeffrey S. White |

Pursuant to this Court's Notice of Tentative Ruling and Questions for Hearing filed on June 19, 2008, and N.D. Civil Local Rule 7-3(d), defendant Office of Administrative Hearings intends to rely on the following authorities at oral argument, copies of which will be available at the hearing.

*Kutasi v. Las Virgenes Unified School District*, 494 F.3d 1162, 1168-1170 (9th Cir. 2007);

Supplemental Authorities          L.K., et al. v. Burlingame School District and Office of Administrative Hearings
3:08-cv-02743 JSW

1

Title 5, California Code of Regulations, §§ 4650(a)(7), 4660–4664;

34 C.F.R. §§ 300.660–300.662;

Dated: June 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

CHRISTOPHER E. KRUEGER
Senior Assistant Attorney General

CONSTANCE L. LELOUIS
Supervising Deputy Attorney General


/s/ Daniel J. Powell

DANIEL J. POWELL
Deputy Attorney General
Attorneys for Defendant Office of Administrative Hearings

20118104.wpd
SA2008303058

Supplemental Authorities       L.K., et al. v. Burlingame School District and Office of Administrative Hearings
3:08-cv-02743 JSW

2