AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
DAMARA MOORE, State Bar No. 215678
dmoore@mbdlaw.com
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant
BURLINGAME SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L.K., a minor by and though his Guardian ad Litem, L.K.; L.K. and W.K.,

Plaintiffs,

v.

BURLINGAME UNIFIED SCHOOL DISTRICT; and OFFICE OF ADMINISTRATIVE HEARINGS,

Defendants.

Case No. C 08-2743 JSW

**SUPPLEMENTAL AUTHORITIES IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Date : June 20, 2008
Time : 9:00 a.m.
Judge : Jeffrey S. White

**Trial:** **NONE SET**

**Complaint Filed:** **June 2, 2008**

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

SUPPLEMENTAL AUTHORITIES IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; CASE NO. C 08-2743 JSW

SF 317735v1

Pursuant to this Court's Notice of Tentative Ruling and Questions for Hearing filed on June 19, 2008, and N.D. Civil Local Rule 7-3(d), defendant Burlingame School District intends to rely on the following additional authorities at oral argument, copies of which will be available at the hearing.

1. *M.J. v. Clovis Unified School District,* 2007 WL 1033444 (E.D. Cal. 2007).
2. *J.C. v. Vacaville Unified School District,* 2007 WL 112138 (E.D. Cal. 2007).

Respectfully Submitted,

DATED: June 19, 2008

MILLER BROWN & DANNIS

By: /s/ Amy R. Levine
AMY R. LEVINE
DAMARA MOORE
Attorneys for Defendant
BURLINGAME SCHOOL DISTRICT

MILLER BROWN & DANNIS
71 STEVENSON STREET, 19TH FLOOR
SAN FRANCISCO, CA 94105

1

SUPPLEMENTAL AUTHORITIES IN SUPPORT OF DEFENDANT BURLINGAME SCHOOL DISTRICT'S OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; CASE NO. C 08-2743 JSW

SF 317735v1