SUSAN J. BARDET SBN 83215
**THE LAW OFFICE OF SUSAN J. BARDET**
204 East Second Avenue, PMB #413
San Mateo, CA  94401
Telephone: (650) 340-9243
Facsimile: (650) 347-4527
Email: sbardet@gmail.com

JANE F. REID, SBN 109642
**THE LAW OFFICE OF JANE F. REID**
5551 Lawton Avenue
Oakland, California 94618
Telephone: (510) 601-6630
Facsimile:  (510) 601-6630
Email: jreid@sonic.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.K., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, L.K., L.K., and W.K., <br><br> Plaintiffs, <br><br> vs. <br><br> BURLINGAME SCHOOL DISTRICT and OFFICE OF ADMINISTRATIVE HEARINGS, <br><br> Defendants. | CASE NO. C 08-02743 JSW <br><br> SUPPLEMENTAL AUTHORITIES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE INJUNCTIVE RELIEF <br><br> Date: June 20, 2008 <br> Time: 9:00 a.m. <br> Courtroom 2, 17th Floor <br> Judge:  Hon. Jeffrey S. White |

   Pursuant to this Court's Notice of Tentative Ruling and Questions for Hearing filed on June 19, 2008 and N.D. Cilvil Rule 7-3(d), plaintiffs intend to rely on the following authorities at oral argument, copies of which will be available at the hearing:

   1. <u>Porter v. Board of Trustees of Manhattan Beach Unified School District</u>, 307 F.3d 1064

---
Supplemental Authorities
Case No. C 08-02743 JSW
Page 1

(9th Cir. 2002);

    2. <u>Pedraza v. Alameda Unified School District et al</u>, 2007 WL 949603 (N.D. CA March 27, 2007)

    3. 34 C.F.R. §§ 300.152(c)

    4. Title 5, California Code of Regulations § 4650

Dated: June 19, 2008                                                    Respectfully submitted,

                                                               _____/S/_____
                                                               Susan J. Bardet
                                                               Attorney for Plaintiffs