# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 20, 2008  **Court Reporter:** Lydia Zinn

**CASE NO.: C- 08-2743   JSW**

**TITLE:** L. K. a minor, et al., v. Burlingame School District, et al.,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Susan Bardet  Damara L. Moore (Burlingame)
Jane Reid  Daniel Powell (OAH)

**PROCEEDINGS:**   Application for Temporary Restraining Order

**RESULTS:**   *The Court tentatively denies the application for a temporary restraining order and tentatively dismisses this action for lack of jurisdiction.*

   The Court heard argument from counsel.
   The application for temporary restraining order is taken under submission.
   A written ruling shall issue