1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   L.K., a minor by and through his Guardian ad
    Litem, L.K.; L.K., and W.K.
10                                                    No. C 08-2743 JSW

                Plaintiffs,
11
        v.
12                                                    **JUDGMENT**

    BURLINGAME SCHOOL DISTRICT, and
13  OFFICE OF ADMINISTRATIVE
    HEARINGS,
14
                Defendant.
15
    _____/
16

17          Pursuant to the Court's Order issued this date denying Plaintiffs' *Ex Parte* Application

18  for a Temporary Restraining Order and dismissing for lack of subject matter jurisdiction,

19  judgment is HEREBY ENTERED.

20          **IT IS SO ORDERED AND ADJUDGED.**

21

22  Dated:  June 23, 2008                       _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California